**FILED**

5094/Compt

UNITED STATES DISTRICT COURT 2010 JUL 6 A 9: 24
MIDDLE DISTRICT OF FLORIDA
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
IN ADMIRALTY JACKSONVILLE, FLORIDA

CASE NO:

3:10-cv-580-J-34 TEM

RASPUTEN INTERNATIONAL, INC.,
KENQUIP NIGERIA LTD., and
NAVIGATORS INSURANCE COMPANY,

      Plaintiffs,

vs.

NORDANA LINE AS,

      Defendant.

_____/

## C O M P L A I N T

COME NOW the Plaintiffs, RASPUTEN INTERNATIONAL, INC., KENQUIP NIGERIA LTD., and NAVIGATORS INSURANCE COMPANY, by and through their undersigned attorneys, and sue the Defendant, NORDANA LINE AS, and allege that:

1.    This is a claim of Admiralty and Maritime Jurisdiction brought pursuant to 28 U.S.C. § 1333 as hereinafter more fully appears, and is an Admiralty and Maritime Claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure.

2.    The Plaintiff, RASPUTEN INTERNATIONAL, INC. (hereinafter "RASPUTEN"), is a corporation with offices in Langhorne, Pennsylvania and was the shipper and insured of the subject cargo hereinbelow described and brings this action on its own behalf and as agent and trustee on the behalf of all parties

that may be or may become interested in said shipment as their respective interests may ultimately appear, and is entitled to maintain this action.

3.      The Plaintiff, KENQUIP NIGERIA LTD. (hereinafter "KENQUIP"), is a foreign business entity with offices in Nigeria and was the consignee of the subject cargo hereinbelow described and brings this action on its own behalf and as agent and trustee on the behalf of all parties that may be or may become interested in said shipment as their respective interests may ultimately appear, and is entitled to maintain this action.

4.      The     Plaintiff,     NAVIGATORS     INSURANCE     COMPANY     (hereinafter "NAVIGATORS"), is a corporation with its principal office in New York, New York, and was and is the insurer of the shipment described herein, against whom claims have been presented, and is subrogated thereto and brings this action on its own behalf and as agent and trustee on the behalf of all parties that may be or may become interested in said shipment as their respective interests may ultimately appear, and is entitled to maintain this action.

5.      The Defendant, NORDANA LINE AS, (hereinafter "NORDANA"), is a foreign corporation doing business in Jacksonville, Florida as a common carrier of merchandise for hire and was the ocean carrier for the cargo shipment described below.

6.      On or about June 16, 2009, in Jacksonville, Florida, the Defendant, NORDANA, received a "Terex" crane broken down in several parts with accessory parts for ocean shipment aboard the M/V Rosburg, Voyage 907, from Jacksonville

to Onne, Nigeria and issued its bill of lading consistent therewith.  See bill of lading attached as Exhibit "A".

7.     The Defendant received the subject cargo in good order and sound condition.

8.     The subject cargo was delivered by the Defendant at destination, on or about July 9, 2009, with damages.

9.     Plaintiffs have complied with all conditions precedent to the bringing of this action.

<u>**COUNT I – US COGSA**</u>

The Plaintiffs reallege and repeat paragraphs 1 through 9 as if set forth herein at length and allege further that:

10.     On or about June 16, 2009 the Defendant received the subject crane and parts in good order and condition and as evidence of that issued its Bill of Lading, NODAU907JAXONN06, a copy of which is attached hereto as Exhibit "A".

11.     The Defendant delivered the shipment at destination with damages and as a proximate result thereof the Plaintiffs have been damaged in the approximate amount of One Hundred Thousand US Dollars ($100,000).

**WHEREFORE**, the Plaintiffs pray that this Honorable Court enter a judgment against the Defendant, NORDANA, in favor of the Plaintiffs in a total amount in excess of One Hundred Thousand US Dollars ($100,000) or as otherwise determined by this Court together with prejudgment interest, costs and such other relief as this Court may deem just and proper.

3

July 2, 2010
Miami, Florida                          Respectfully submitted,

                          By: _____
                                MICHAEL C. BLACK, ESQUIRE
                                F.B.N. 0056162
                                e-mail: mblack@marlaw.com
                                CASSIDY & BLACK, P.A.
                                Dadeland Square at the Greener Mall
                                7700 North Kendall Drive, Suite 505
                                Miami, Florida 33156
                                Telephone:   (305) 271-8301
                                Facsimile:    (305) 271-8302

4

JUL 21 2008 16:54 From:PROCOG80 INC.                    +405389905              To:HonesNet Inc.         P.6:17

**Bill of Lading for Combined Transport or Port to Port Shipment**   www.nordana.com   **Nordana**

| Shipper/Exporter (2) (Complete name, address and phone number) | Booking number (5) | Bill of Lading number (5A) |
|---|---|---|
| RASPUTEN INTERNATIONAL, INC.<br>901 HILL AVENUE<br>LANGHORNE, PA 19047 USA | HOU39355 | NODAU907JAXONN06 |

Export references (6)

PROCARGO REF: 3397

| Consignee (3) (Complete name, address and phone number) | Forwarding agent — FMC number (7)  3993 |
|---|---|
| KENQUIP NIGERIA LIMITED<br>20 TRANS AMADI INDUSTRIAL ROAD<br>PORT HARCOURT, RIVER STATE, NIGERIA<br>PH. 234.84.235789, FX 234.84.232635 | PROCARGO INC.        FMC 3993<br>626 TOWNE CENTER DR, SUITE 104<br>JOPPA, MD 21085 |
| | Point and country of origin (8) |

| Notify (4) (Complete name, address and phone number) Carrier not to be responsible for failure to notify | Also notify / Routing instructions (9) |
|---|---|
| SAME / ALSO NOTIFY:<br>GOLDEN COUPLE VENTURES LTD,<br>1 AZIKIWE ROAD, SUPABOD BUILDING<br>PORT HARCOURT, RIVERS STATE, NIGERIA<br>PH: 234.0.80.232.90862 MR. JIMO | CV#    JAY/U907-01 |

| Pre-carriage by (12) | Place of Receipt (13) | | |
|---|---|---|---|
| Vessel  U907<br>ROSBORG | Port of Loading (15)<br>JACKSONVILLE, FL | Acceptance terminal/Loading pier (10)<br>BLOUNT ISLAND | Type of Move (11)<br>BB / BB |
| Port of discharge (16)<br>ONNE, NIGERIA | Place of Delivery (17) | On-carriage by (17A) | |

Carrier's receipt — Particulars furnished by shipper - Carrier not responsible

| Marks and number (18) | No. PKGS (19) | Description of Goods (20) | Gross Wgt. (21) | Measurement (22) |
|---|---|---|---|---|
| KENQUIP NIGERIA<br>LTD<br>20 TRANS AMADI<br>INDUSTRIAL RD<br>PORT HARCOURT<br>RIVERS STATE<br>BK NO. HOU39355<br>JAX/ONNE<br>PC. NO. 1/UP<br>DIMENSIONS<br>GROSS WEIGHT | 25 | PCS. STC 49 COMPONENTS<br>ONE (1) 2008 FULLY<br>DISASSEMBLED FOR SEAFREIGHT<br>CONVENIENCE TEREX CRAWLER<br>CRANE S/N AC4445<br>AS PER ATTACHED<br>SPECIFICATIONS "RIDER"<br>H.S. CODE 8426.1900<br>FORM M NUMBER: MF 1065433<br>E/A NUMBER BA 01420090040004<br>SHIPPED ON BOARD 6/16/09<br>AES ITN NO. X20090604031046<br>FREIGHT PREPAID | 134203KG<br>295867LB | 649.040CM<br>22920.588CF |

"REFERENCE CLAUSE 14 OVERLEAF AND WITHOUT RESTRICTING ITS WORDING, IF FOR CONTINUED ON PAGE 2"

Total number of packages or units in words (total columns)

If the boxes 12, 17 or 17A are filled out, shipment will be treated as Through Combined Transport. Carrier undertakes entire transport from the place where the goods are accepted to the place determined for their delivery and assumes full liability for such transport as per Clauses 5B and 5C

| Freight charges (23) (See Clauses 5,6C,6 and 9) | | | Declared value charge (See Clauses 5,6C,4 & Tariff) | DV | | | |
|---|---|---|---|---|---|---|---|
| Charges | | Code | Revenue tons | Rate | Curr. | Prepaid | Collect |
| | | | | | | | |

| If this Bill of Lading is to order (Box 3), state Three (3) bills of Lading all of like tenor, have been issued, ONE of which being accomplished, the others shall stand void. | | | Package date | | TOTAL | | |
|---|---|---|---|---|---|---|---|
| MONTH<br>JUN | DAY<br>16 | YEAR<br>09 | B/L No. (5A)<br>NODAU907JAXONN06 | Total prepaid in local curr. | | Prepaid at (24)<br>HOU | Payable at (24A)<br>HOU |
| NORDANA (USA), INC. AS AGENTS FOR<br>AND ON BEHALF OF CARRIER NORDANA | | | | Number of original B(S)L<br>issued (25)        03 | | Declared value by shipper (26)<br>(See clause 5,C,4 and Tariff) | |
| | | | | (Continued on reverse side) | | | |

**EXHIBIT "A"**

JUL-31-2009 16:25 From:FFOO6900 INC          4105389605                    To:MonsoNet  Inc        P.7/17

**Bill of Lading for Combined Transport or Port to Port Shipment**          www.nordana.com:          **Nordana** +

| Shipper/Exporter (2) (Complete name, address and phone number) | | Booking number (5) HOU39355 | Bill of Lading number (3A) NODAU907JAXONN06 |
|---|---|---|---|
| RASPUTEN INTERNATIONAL, INC. 901 HILL AVENUE LANGHORNE, PA 19047 USA | | Export references (6) PROCARGO REF: 3397 | |
| Consignee (3) (Complete name, address and phone number) | | Forwarding agent FMC number (7) 3993 | |
| KENQUIP NIGERIA LIMITED 20 TRANS AMADI INDUSTRIAL ROAD PORT HARCOURT, RIVER STATE, NIGERIA PH. 234.84.235789, FX.234.84.232625 | | PROCARGO INC          FMC 3993 626 TOWNE CENTER DR, SUITE 104 JOPPA MD 21085 | |
| | | Point and country of origin (8) | |
| Notify (4) (Complete name, address and phone number) | | Also notify/Routing Instructions (9) | |
| SAME / ALSO NOTIFY: GOLDEN COUPLE VENTURES LTD. 1 AZIKIWE ROAD, SUPABOD BUILDING PORT HARCOURT, RIVERS STATE NIGERIA PH: 234.0.80.232.90362 MR. JIMO | | | |
| Pre-carriage by (11) | Place of Receipt (12) | | CV# JAX/J907-01 |
| Vessel (14) U907 ROSBORG | Port of Loading (15) JACKSONVILLE, FL | Acceptance/Internal Loading place (10) BLOUNT ISLAND | Type of Move (11) BB / BB |
| Port of discharge (16) ONNE, NIGERIA | Place of Delivery (17) | On-carriage (17A) | |
| Carrier's receipt (18) | | Particulars furnished by shipper | Gross Wgt. (21) | Measurement (22) |

| | |
|---|---|
| THE SAFETY OF THE CREW, VESSEL, AND/OR CARGO THE MASTER CONSIDER DISCHARGE UNSAFE AT THE CONTRACTED DISCHARGE PORT, THEN THE MASTER IS ENTITLED TO DISCHARGE THE CARGO AT ANY OTHER CLOSE AND SAFE PORT, SUCH DISCHARGE SHALL BE DEEMED FULFILLMENT OF THIS CONTRACT." IT IS SPECIFICALLY AGREED BETWEEN CARGO OWNER AND CARRIER THAT AS THE EQUIPMENT IS USED/SECOND HAND, THEN THE CARRIER SHALL NOT BE RESPONSIBLE FOR CONDITION, REMOVABLE PARTS, FITTINGS, AND ACCESSORIES. "THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED FROM THE UNITED STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW PROHIBITED." | |
| TOTALS | 134203KG | 649.040CM |
| | 295867LB | 22920.588CF |

Total number of packages or units in words (for column 19)

If the boxes 12, 13, 17 or 17A are filled out, shipment will be treated as Through Combined Transport. Carrier undertakes entire transport from the place where the goods are accepted in its place designated for their delivery and assumes full liability for such transport as for Clauses 39 and 50.

| Freight charges (22) (See Clauses 5.C.4. and 9) | Distance | Revenue tons | Rate | Curr | Per | Prepaid | Collect |
|---|---|---|---|---|---|---|---|
| Charges | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| | | | | |
|---|---|---|---|---|
| If this Bill of Lading is to order (box (3) the ORIGINAL(S) of Bill of Lading all of them must have been issued, ONE of which being accomplished, the others shall stand void. | | Exchange rate | TOTAL | |
| MONTH JUN | DAY 16 | YEAR 09 | B/L No. (3A) NODAU907JAXONN06 | | Total prepaid in local curr. | Prepaid at (24) HOU | Payable at (24A) HOU |
| NORDANA (USA), INC. AS AGENTS FOR AND ON BEHALF OF CARRIER/NORDANA | | | Number of original B(S)/L issued (25) 03 | Declared value by shipper (26) (See Clause 3.C.4. and Tariff) |

(Continued on reverse side)